**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00869-CV

————————————

**CLAUDIA LUCIUS WILLIAMS SMITH, Appellant**

**V.**

**KENNETH W. ALLEN, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1258207**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on December 22, 2025. On January 5, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to our notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.